Marc P Friedman
OSB# 892448
Friedman Law Office, P.C.
PO Box 11167
Eugene, Oregon 97440
541-650-4326
attyfriedman@yahoo.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | ) <br> ) <br> ) | Case No. 3:24-CR-00383-AN-16 |
| vs. | ) <br> ) <br> ) | PETITION TO ENTER PLEA<br>OF GUILTY, CERTIFICATE<br>OF COUNSEL, AND ORDER |
| EDGAR BASILIO HERNANDEZ,<br>    Defendant. | ) <br> ) | ENTERING PLEA. |

Page 1 - PETITION TO ENTER PLEA OF GUILTY

The defendant represents to the court:

1.      My name is Edgar Basillio Hernandez.

I am 34 years old. I have gone to school up to and including the grade 12.

2.      My attorney is Marc Friedman.

3.      My attorney and I have discussed my case fully. I have received a copy of the Indictment or Information. I have read the Indictment or Information, or it has been read to me, and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of each charge, any lesser-included offense(s), and the possible defenses that I might have in this case. I have been advised and understand that the elements of the charge(s) alleged against me to which I am pleading "GUILTY" are as follows:

Conspiracy to Defraud the United States, 18 U.S.C. § 371 -

First, beginning on a date unknown to the Grand Jury, but not later than August 7, 2023, and continuing to October 9, 2024, there was an agreement between two or more persons to defraud;

Second, the defendant became a member of the conspiracy knowing of at least one of its objects and intending to help accomplish it; and

Third, one of the members of the conspiracy performed at least one overt act for the purpose of carrying out the conspiracy.

To prove Interstate Transportation of Stolen Goods in violation of Title 18, United States Code, Section 2314, the United States must provide the following elements beyond a reasonable doubt:

First, the defendant transported infant formula, energy drinks and other SNAP-eligible goods between one state and another;

**Page 2 - PETITION TO ENTER PLEA OF GUILTY**

Second, at the time that the goods crossed the state border, the defendant knew they were stolen;

Third, the defendant intended to deprive the owner of the ownership of the property temporarily or permanently; and

Fourth, the money or property was of the value of $5,000 or more.

To prove Sale or Receipt of Stolen Goods in violation of Title 18, United States Code, Section 2315, the United States must provide the following elements beyond a reasonable doubt:

First, the defendant received, possessed, stored, bartered, sold, or disposed of infant formula, energy drinks and other SNAP-eligible goods that had crossed a state boundary after having been stolen;

Second, at the time the defendant did so he or she knew that the property had been stolen; and

Third, the stolen property was of a value of $5,000 or more.

I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

4.    I know that if plead "GUILTY," I will have to answer any questions that the judge asks me about the offense(s) to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

5.    I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason except as follows:  *None*

I have not taken any drugs or medications within the past seven (7) days except as follows:    *None*

**Page 3 - PETITION TO ENTER PLEA OF GUILTY**

6.    I understand that a conviction of a crime can result in consequences in addition to imprisonment.  Such consequences include deportation, or removal from the United States, or denial of naturalization, if I am not a United States citizen; loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

7.    I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made.  I know that if I plead "NOT GUILTY" the Constitution guarantees me:

a. The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

b. The right to have the assistance of an attorney at all stages of the proceedings;

c. The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

d. The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

e.  The right not to be compelled to incriminate myself.

8.    I know that if I plead "GUILTY" there will be no trial before either a

judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

9.     In this case I am pleading "GUILTY" under Rule 1 l(c)(l)(B).  My attorney has explained the effect of my plea under Rule 11(c)(1)(B) to be as follows:

My plea of guilty is under Rule 1l(c)(l)(B); therefore, although the judge will consider the recommendations and agreements of both the prosecution and defense attorneys concerning sentencing, the judge is not obligated to follow those recommendations or agreements.  If the judge imposes a sentence different from what I expected to receive under the terms of my Plea Agreement with the prosecutor, I do not have a right to withdraw my plea.

10.     I know the maximum sentence which can be imposed upon me for the crime(s) to which I am pleading guilty is 5 years imprisonment and a fine of $250,000.  I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $100 per count of conviction.

11.     I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one year.

12.     My attorney has discussed with me the Federal Sentencing Guidelines.  I know that the Guidelines are advisory, not mandatory.  I also know the sentencing judge, in determining the particular sentence to be

Page 5 - PETITION TO ENTER PLEA OF GUILTY

imposed, must consider those factors set forth in Title 18, United States Code, Section 3553(a), including but not limited to: the nature and circumstances of the offense, my own history and characteristics, the goals of sentencing (punishment, deterrence, protection and rehabilitation) and the sentencing range established by the advisory Guidelines. If my attorney or any other person has calculated a guideline range for me, I know that this is only a prediction and advisory and that it is the judge who makes the final decision as to what the guideline range is and what sentence will be imposed. I also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraph (10) above.

13.    I know from discussion with my attorney that, under the Federal Sentencing Guidelines, if I am sentenced to prison, I am not entitled to parole. I will have to serve the full sentence imposed, except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for good behavior does not apply to a sentence of one year or less.

14.    I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term, I will be supervised by a probation officer according to the terms and conditions set by the judge. In my case, a term of supervised release can be up to 3 years. If I violate the conditions of supervised release, I may be sent back to prison for up to 2 years.

15.    I know that in addition to or in lieu of any other penalty, the judge can order restitution payments to any victim of any offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge impose restitution in the full amount of any

Page 6 - PETITION TO ENTER PLEA OF GUILTY

financial loss or ~~harm~~ caused by an offense. If imposed, the victim can use the order of restitution to obtain a civil judgment lien. A restitution order can be enforced by the United States for up to twenty (20) years from the date of my release from imprisonment, or, if I am not imprisoned, twenty (20) years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence which could originally have been imposed.

16.    On any fine or restitution in an amount of $2,500 or more, I know that I will be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the entry of judgment.

17.    If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this court my probation, parole or supervised release may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this court.

18.    If I have another case pending in any state or federal court, I know that my Petition and Plea Agreement in this case do not, in the absence of an express and written agreement, apply to my other case(s), and that I can be faced with consecutive sentences of imprisonment.

19.    My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor. That Plea Agreement is attached hereto and incorporated herein. I have read or had read to me the Plea Agreement, and I understand the Plea Agreement.

20.    The Plea Agreement contains the only agreement between the United States government and me. No officer or agent of any branch of government (federal, state or local) or anyone else has promised or suggested that I will receive

Page 7 - PETITION TO ENTER PLEA OF GUILTY

a lesser term of imprisonment, or probation, or any other form of leniency if I plead "GUILTY" except as stated in the Plea Agreement. I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not stated in writing in the Plea Agreement, or which is not presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

21.  My plea of "GUILTY" is not the result of force, threat, or intimidation.

22.  I hereby request that the judge accept my plea of "GUILTY" to the following count: *1*

23.  I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charge(s) to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

The government's investigation uncovered a large, multistate conspiracy to fraudulently obtain infant formula, energy drinks and other items using public assistance benefits that are administered through the U.S. Department of Agriculture's Supplemental Nutrition Assistance Program ("SNAP"). SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In Oregon, SNAP public assistance benefits are loaded to an account that a qualified recipient accesses by means of an access card, similar to a debit or credit card, called the Oregon Electronic Benefit Transfer ("EBT") Card. All states maintain SNAP programs that operate in a substantially similar manner.

The conspirators in this case can be divided into the "theft crew" and the "transportation crew." The theft crew obtained EBT numbers by using skimming devices and by obtaining stolen EBT numbers from others. They used the fraudulently obtained EBT numbers to purchase infant formula, energy drinks and other EBT

Page 8 - PETITION TO ENTER PLEA OF GUILTY

eligible food items at grocery stores in Oregon and Washington. Members of the transport crew collected stolen EBT eligible food items from members of the theft crew and transported the items to California for re-sale on the illicit market.

Defendant was a member of the transportation crew. On June 13, 2024, defendant and coconspirator Jessica Gonzalez packaged infant formula for shipment to California. On September 5, 2024, defendant, Jessica Gonzalez and Edwin Santizo met at the Vancouver storage unit. Defendant and Gonzalez picked up infant formula from co-defendants Ion Paul Miclescu, Nicolas Barbosu and Anita Vaduva, and unloaded it to the Vancouver storage unit. The following day, a commercial shipper picked up 3,900 pounds of stolen infant formula from the storage unit and delivered it to San Pedro, California. Based on the weight of the shipment, investigators estimate that this shipment alone was worth in excess of $75,000.

The investigation gathered evidence that defendant was involved in coordinating regular shipments from the Vancouver storage unit to San Pedro, California. From September 2023 to September 2024, defendant coordinated seventeen shipments from the Vancouver storage unit to San Pedro, California. Commercial shipping records show that the total weight of the shipments was 124,390 lbs. Investigators estimate that these shipments were worth in excess of $2.4 million.

24.    I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment or Information, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

/ / /

/ / /

/ / /

Page 9 - PETITION TO ENTER PLEA OF GUILTY

SIGNED by me in the presence of my attorney, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition on this 12th day of December, 2025.

_____
Edgar Basillio Hernandez, Defendant

## CERTIFICATE OF COUNSEL

The undersigned, as attorney for defendant Edgar Basillio Hernandez, hereby certifies:

1.    I have fully explained to the defendant the allegations contained in the Indictment or Information in this case, any lesser-included offense(s), and the possible defenses which may apply in this case.

2.    I have personally examined the attached Petition To Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

3.    I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs (6)-(20) of the Petition, and I have also explained to the defendant the applicable Federal Sentencing Guidelines.

4.    I recommend that the Court accept the defendant's plea of "GUILTY."

SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition To Enter Plea of Guilty, and any Plea Agreement, on this 12th day of December, 2025.

_____
Marc Friedman, Attorney for Defendant

CERTIFICATE OF COUNSEL

## ORDER ENTERING PLEA

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime(s) to which the defendant has pled guilty.

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

DATED this 11 of December, 2025, in open court.

_____
Judge Adrienne Nelson, U.S. District Court