Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St. Suite 300
Portland, Oregon 97204
Tel: (503) 223-5570 / Lisa@L2R2Law.com

Attorney for Santa-Madalina Costache

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:24-cr-00383-AN-3 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| SANTA-MADALINA COSTACHE, | ) | **CONTINUE SENTENCING DATE** |
| | ) | |
| Defendant. | ) | |

The defendant, Santa-Madalina Costache, through counsel, Lisa J. Ludwig, moves the Court to enter an Order continuing the sentencing date in the above-captioned case to a date convenient for the Court in approximately 90 days. On September 25, 2025, the Honorable Adrienne Nelson signed an order accepting the defendant's guilty plea. Sentencing is currently scheduled for January 15, 2026.

This motion constitutes Ms. Costache's first request to continue the sentencing date. AUSA Geoffrey A. Barrow does not oppose this motion.

RESPECTFULLY SUBMITTED this 6th day of January 2026.

/s/ Lisa J. Ludwig
Lisa J. Ludwig, OSB #953387
Attorney for Defendant Santa-Madalina Costache

Page 1 – UNOPPOSED MOTION TO CONTINUE SENTENCING DATE